1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
3  BRIAN J. STRETCH (CSBN 163973)
   Chief, Criminal Division
4
   PATRICIA J. KENNEY (CSBN 130238)
   Assistant United States Attorney
5
6  450 Golden Gate Avenue
   San Francisco, CA 94102
   Telephone: 415.436.6857
7  Facsimile:  415.436.6748
   Email: patricia.kenney@usdoj.gov
8
   Attorneys for United States of America
9

ORIGINAL FILED
AUG 27 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
E-filing
MMC

10              UNITED STATES DISTRICT COURT
11              NORTHERN DISTRICT OF CALIFORNIA
12
13  UNITED STATES OF AMERICA,           )   No. 07- C 07 4432
                                        )
14                  Plaintiff,          )
                                        )
15          v.                          )   NOTICE OF FORFEITURE ACTION
                                        )
16                                      )
    REAL PROPERTY AND IMPROVEMENTS      )
17  LOCATED AT 636 SAN PABLO AVENUE,    )
    ALBANY, CALIFORNIA,                 )
18                                      )
                    and                 )
19                                      )
    REAL PROPERTY AND IMPROVEMENTS      )
20  LOCATED AT 3959 COWAN ROAD,         )
    LAFAYETTE, CALIFORNIA,              )
21                                      )
                                        )
22                  Defendants.         )
                                        )
23  _____ )

24      A civil complaint seeking forfeiture pursuant to 21 U.S.C. § 881(a)(6) and 18 U.S.C. §

25  985 was filed on August 27, 2007, in the United States District Court for the Northern District of

26  California by the United States of America, plaintiff, against the *in rem* defendant real properties.

27      In order to contest forfeiture of the *in rem* defendant real properties, any person who

28  asserts an interest in or right against the properties, must file a verified statement identifying the

    interest or right within 35 days after the date of service of the complaint in accordance with Rule

G(5) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims or within 30 days after the date of final publication of the Notice of Forfeiture Action, whichever is earlier. Additionally, a claimant must serve and file an answer to the complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within 20 days after filing the claim.

An agent, bailee or attorney must state the authority to file a statement of interest or right against the property on behalf of another.

Statements of interest and answers should be filed with the Office of the Clerk, United States District Court for the Northern District of California, 450 Golden Gate Avenue, 16th Floor, San Francisco, California 94102, and copies should be served on Patricia J. Kenney, Assistant United States Attorney, 450 Golden Gate Avenue, 9th floor, San Francisco, California 94102.

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

Dated: August 27, 2007

PATRICIA J. KENNEY
Assistant United States Attorney

Notice of Forfeiture Action
C 07-                                    2