1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
   BRIAN J. STRETCH (CSBN 163973)
3  Chief, Criminal Division

4  PATRICIA J. KENNEY (CSBN 130238)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102
       Telephone: (415) 436-6857
7      Facsimile: (415) 436-6748
       Email: patricia.kenney@usdoj.gov
8
   Attorneys for Plaintiff United States of America
9

10                  UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                      SAN FRANCISCO DIVISION

13 | UNITED STATES OF AMERICA,        )    No. C 07-4432 MMC
                                      )
14 |         Plaintiff,                )
                                      )
15 |    v.                             )    NOTICE OF POSTING
                                      )
16 | REAL PROPERTY AND IMPROVEMENTS   )
   | LOCATED AT 636 SAN PABLO AVENUE, )
17 | ALBANY, CALIFORNIA,              )
                                      )
18 |         and                       )
                                      )
19 | REAL PROPERTY AND IMPROVEMENTS   )
   | LOCATED AT 3959 COWAN ROAD,      )
20 | LAFAYETTE, CALIFORNIA,           )
                                      )
21                                     )
                                      )
22 |         Defendants.                )
   |_____   )
23

24

25

26

27

28

1    I, Joseph R Camillucci, an agent with the Internal Revenue Service, hereby
2 state as follows:
3    On the 31st day of October, 2007, I posted a copy of the Government
4 Complaint for Forfeiture, Notice of Forfeiture Action, and related Court documents on the
5 defendant real properties located on 636 San Pablo Avenue, Albany, California and 3959 Cowan
6 Road, Lafayette, California.
7    I declare under penalty of perjury that the foregoing is true and correct to the best of my
8 knowledge.
9    Executed this 31st day of August, 2007, at October, California.

*[signature]*
Special Agent
Internal Revenue Service

Notice of Posting
C 07-4432

2