SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

PATRICIA J. KENNEY (CSBN 130238)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: 415.436.6857
    Facsimile: 415.436.6748
    E-mail: patricia.kenney@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. C 07-4432 MMC |
|     Plaintiff, ) | |
| v. ) | CERTIFICATE OF SERVICE |
| ) | |
| REAL PROPERTY AND IMPROVEMENTS ) LOCATED AT 636 SAN PABLO AVENUE, ) ALBANY, CALIFORNIA, ) | |
| and ) | |
| REAL PROPERTY AND IMPROVEMENTS ) LOCATED AT 3959 COWAN ROAD, ) LAFAYETTE, CALIFORNIA, ) | |
|     Defendants. ) | |

    The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she caused a copy of

    1. Government Complaint for Forfeiture;

    2. Notice of Forfeiture Action;

    3. Notice of Pendency of Action (Recorded Lis Pendens)

    4. Notice of Posting

5. Case Management Conference Order;

6. Notice of Availability of Magistrate Judge to Exercise Jurisdiction;

7. United States District Court's Local Rules and Guidelines;

8. ADR Dispute Resolution Procedures in the Northern District of California; and

9. ECF Registration Information Handout

to be served this date via certified mail delivery upon the person(s) below at the place(s) and address(es) which is/are the last known address(es):

Abraham Norton
220 Caldecott Lane #318
Oakland, CA 94618

Winslow Norton
220 Caldecott Lane #318
Oakland, CA 94618

Abraham Norton
925 Grizzly Peak Blvd.,
Berkeley, CA 94708

Winslow Norton
925 Grizzly Peak Blvd.,
Berkeley, CA 94708

Michael P. Moore
1164 Glen Avenue
Berkeley, CA 94708
Attorney for Abraham Norton in criminal case

Harold J. Rosenthal
803 Hearst Avenue
Berkeley, CA 94710
Attorney for Winslow Norton in criminal case

Bank of America
300 Lakeside Drive
Oakland, CA 94612

Fidelity Investments
Lincoln Financial
Attn: Risk Operation
100 Crosby Parkway
Mailzone: KC1D
Covington, Kentucky 41015-0031

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 9th day of November, 2007, at San Francisco, California.

                                                /S/
                                  CAROLYN JUSAY
                                  Legal Assistant
                                  Asset Forfeiture Unit