SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

STEPHANIE M. HINDS (CSBN 154284)
Assistant United States Attorney

    450 Golden Gate Avenue
    San Francisco, CA 94102
    Telephone: 415.436.6816
    Facsimile:   415.436.6748
    Email: stephanie.hinds@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>REAL PROPERTY AND IMPROVEMENTS LOCATED AT 636 SAN PABLO AVENUE, ALBANY, CALIFORNIA,<br><br>and<br><br>REAL PROPERTY AND IMPROVEMENTS LOCATED AT 3959 COWAN ROAD, LAFAYETTE, CALIFORNIA,<br><br>    Defendants. | Case No.   C 07-4432 MMC<br><br>**STIPULATION AND [PROPOSED] ORDER STAYING THE INSTANT ACTION** |

    IT IS HEREBY STIPULATED by and between plaintiff United States of America and owners/prospective claimants Winslow Norton and Abraham Norton, through undersigned counsel, that this action be stayed pursuant to 21 U.S.C. § 881(j) (enacted under the Civil Asset Forfeiture Reform Act Statutes or "CAFRA" on August 23, 2000).  Owners/prospective claimants Winslow Norton and Abraham Norton are currently awaiting trial in this district bearing case number CR 07-0683 DLJ, <u>United States v.  Winslow Norton and Abraham Norton</u>.

1  The allegations in the forfeiture complaint are based, in large part, on the allegations at issue in
2  the pending criminal action.  Consequently, the parties agree that a stay in the forfeiture
3  proceeding is appropriate in order to preserve prospective claimants' right against self-
4  incrimination in the related criminal matter, as well as to not jeopardize the government's ability
5  to prosecute the criminal action.  The parties thus request that matter be stayed pending
6  resolution of the related criminal matter and that any pending deadlines or assigned dates also be
7  stayed and vacated until the resolution of the related criminal case.
8     Upon the resolution of the criminal case, the parties will notify the Court so that the forfeiture
9  matter may be set for further status.   Alternatively, should the Court wish to set the matter for
10 status at this time, the parties request that the matter be set for status in approximately 6 months.

13 DATED: 12/06/07                            DATED: 12/06/07

16 _____/S/_____         _____/S/_____
   STEPHANIE M. HINDS                  HAROLD ROSENTHAL
   Assistant United States Attorney    Attorney for Winslow Norton
17                                     and Abraham Norton

20        IT IS HEREBY ORDERED:
21    Upon the stipulation of counsel, and good cause appearing, the above-entitled civil forfeiture
22 action is stayed in light of the pending related criminal prosecution of owners/prospective
23 claimants Winslow Norton and Abraham Norton.  The matter is continued until _____ for
24 status.

26 DATED:                              _____
27                                     MAXINE M. CHESNEY
                                       United States District Judge
28

Stipulation Staying Instant Action
C 07-4432 MMC