1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
   BRIAN J. STRETCH (CSBN 163973)
3  Chief, Criminal Division

4  STEPHANIE M. HINDS (CSBN 154284)
   Assistant United States Attorney
5
       450 Golden Gate Avenue
6      San Francisco, CA 94102
       Telephone: 415.436.6816
7      Facsimile:  415.436.6748
       Email: stephanie.hinds@usdoj.gov
8
   Attorneys for United States of America
9

10                       UNITED STATES DISTRICT COURT

11                      NORTHERN DISTRICT OF CALIFORNIA

12                            SAN FRANCISCO DIVISION

13  UNITED STATES OF AMERICA,              ) Case No.   C 07-4432 MMC
                                           )
14                 Plaintiff,              )
                                           ) **STIPULATION AND [PROPOSED] ORDER**
15          v.                             ) **STAYING THE INSTANT ACTION**;
                                           ) SETTING DEADLINE TO FILE
16  REAL PROPERTY AND IMPROVEMENTS         ) JOINT STATUS REPORT
    LOCATED AT 636 SAN PABLO AVENUE,       )
17  ALBANY, CALIFORNIA,                    )
                                           )
18                 and                     )
                                           )
19  REAL PROPERTY AND IMPROVEMENTS         )
    LOCATED AT 3959 COWAN ROAD,            )
20  LAFAYETTE, CALIFORNIA,                 )
                                           )
21                 Defendants.             )
                                           )
22  _____)

23      IT IS HEREBY STIPULATED by and between plaintiff United States of America and

24  owners/prospective claimants Winslow Norton and Abraham Norton, through undersigned

25  counsel, that this action be stayed pursuant to 21 U.S.C. § 881(j) (enacted under the Civil Asset

26  Forfeiture Reform Act Statutes or "CAFRA" on August 23, 2000).  Owners/prospective

27  claimants Winslow Norton and Abraham Norton are currently awaiting trial in this district

28  bearing case number CR 07-0683 DLJ, United States v.  Winslow Norton and Abraham Norton.

1  The allegations in the forfeiture complaint are based, in large part, on the allegations at issue in
2  the pending criminal action. Consequently, the parties agree that a stay in the forfeiture
3  proceeding is appropriate in order to preserve prospective claimants' right against self-
4  incrimination in the related criminal matter, as well as to not jeopardize the government's ability
5  to prosecute the criminal action. The parties thus request that matter be stayed pending
6  resolution of the related criminal matter and that any pending deadlines or assigned dates also be
7  stayed and vacated until the resolution of the related criminal case.
8      Upon the resolution of the criminal case, the parties will notify the Court so that the forfeiture
9  matter may be set for further status.   Alternatively, should the Court wish to set the matter for
10 status at this time, the parties request that the matter be set for status in approximately 6 months.

13 DATED: 12/06/07                              DATED: 12/06/07

16 _____/S/_____            _____/S/_____
   STEPHANIE M. HINDS                     HAROLD ROSENTHAL
   Assistant United States Attorney       Attorney for Winslow Norton
17                                         and Abraham Norton

21     IT IS HEREBY ORDERED:
22     Upon the stipulation of counsel, and good cause appearing, the above-entitled civil forfeiture
23 action is stayed in light of the pending related criminal prosecution of owners/prospective
24 claimants Winslow Norton and Abraham Norton. The matter is continued until June 8, 2008 for
25 status; by said date, the parties shall file a Joint Status Report.

27 DATED: December 10, 2007                      _____
                                                 MAXINE M. CHESNEY
                                                 United States District Judge

Stipulation Staying Instant Action
C 07-4432 MMC