HAROLD ROSENTHAL
Attorney at Law
803 Hearst Avenue
Berkeley, CA 94710
Tele: (510) 981-1800
Fax: (510) 981-1821

Attorney for Claimants
WINSLOW NORTON AND
ABRAHAM NORTON

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. C 07-4432 MMC |
|---|---|---|
| Plaintiff, | ) | |
| | ) | WINSLOW NORTON AND |
| REAL PROPERTY AND | ) | ABRAHAM NORTON'S |
| IMPROVEMENTS LOCATED AT 636 | ) | CLAIMS TO PROPERTY SEIZED |
| SAN PABLO AVENUE, et al., | ) | FOR FORFEITURE |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |
| WINSLOW NORTON AND ABRAHAM | ) | |
| NORTON, | ) | |
| | ) | |
| Claimants. | ) | |
| _____ | ) | |

TO: THE CLERK, UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

    Winslow Norton and Abraham Norton claims the above-named properties in the possession of the United States Drug Enforcement Administration or any other United States agency, their agents or deputies, pursuant to 21 USC § 881(a) for violation of Subchapter 1, Chapter 13 of Title 21 of the United States Code.

    In support of said claim, Abraham Norton and Winslow Norton allege that they are the

lawful owners of all properties which were seized by agents of the Drug Enforcement Administration without proper warrant, consent or other lawful authorization.

    I declare under penalty of perjury that the foregoing is true and correct, except as to those matters stated upon information and belief, and as to those matters I believe them to be true.

    Executed this the 14th day of December at Berkeley, California in the County of Alameda, Northern District of California.

    /s/
WINSLOW NORTON

    /s/
ABRAHAM NORTON

    I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

HAROLD ROSENTHAL

Attorney for Winslow Norton and
Abraham Norton