1  HAROLD ROSENTHAL
   Attorney at Law
2  803 Hearst Avenue
   Berkeley, CA 94710
3  Tele: (510) 981-1800
   Fax: (510) 981-1821
4
   Attorney for Claimants
5  WINSLOW NORTON AND
   ABRAHAM NORTON
6

7

8                    UNITED STATES DISTRICT COURT

9                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

10 | UNITED STATES OF AMERICA,    ) | Case No. C 07-4432 MMC
                                 )
11 |         Plaintiff,            )
                                 ) | WINSLOW NORTON AND
12 | REAL PROPERTY AND             ) | ABRAHAM NORTON'S
   | IMPROVEMENTS LOCATED AT 636  ) | CLAIMS TO PROPERTY SEIZED
13 | SAN PABLO AVENUE, et al.,     ) | FOR FORFEITURE
                                 )
14 |         Defendants.           )
   | _____)
15                                 )
   | WINSLOW NORTON AND ABRAHAM    )
16 | NORTON,                       )
                                 )
17 |         Claimants.            )
   | _____)
18
   TO:   THE CLERK, UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF
19         CALIFORNIA

20       Winslow Norton and Abraham Norton claims the above-named properties in the

21 possession of the United States Drug Enforcement Administration or any other United States

22 agency, their agents or deputies, pursuant to 21 USC § 881(a) for violation of Subchapter 1,

23 Chapter 13 of Title 21 of the United States Code.

24       In support of said claim, Abraham Norton and Winslow Norton allege that they are the

25

1  lawful owners of all properties which were seized by agents of the Drug Enforcement
2  Administration without proper warrant, consent or other lawful authorization.
3      I declare under penalty of perjury that the foregoing is true and correct, except as to those
4  matters stated upon information and belief, and as to those matters I believe them to be true.
5      Executed this the 14th day of December at Berkeley, California in the County of
6  Alameda, Northern District of California.

                /s/
        WINSLOW NORTON

                /s/
        ABRAHAM NORTON

13      I hereby attest that I have on file all holograph signatures for any signatures indicated by a
14  "conformed" signature (/S/) within this efiled document.

        HAROLD ROSENTHAL

        Attorney for Winslow Norton and
        Abraham Norton