HAROLD ROSENTHAL
Attorney at Law
803 Hearst Avenue
Berkeley, CA 94710
Tele: (510) 981-1800
Fax: (510) 981-1821

Attorney for Claimants
WINSLOW NORTON AND
ABRAHAM NORTON

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>REAL PROPERTY AND IMPROVEMENTS LOCATED AT 636 SAN PABLO AVENUE, et al.,<br><br>  Defendants.<br>_____<br>WINSLOW NORTON AND ABRAHAM NORTON,<br><br>  Claimants.<br>_____ | Case No. C 07-4432 MMC<br><br>WINSLOW NORTON AND ABRAHAM NORTON'S FIFTH AMENDMENT ANSWER TO COMPLAINT FOR FORFEITURE |

   Claimants Winslow Norton and Abraham Norton answer the Government's Complaint for Forfeiture as follows:

   Claimants Winslow Norton and Abraham Norton are named defendants in a criminal action entitled *United States v. Winslow Norton and Abraham Norton*, Northern District of California, No. CR-07-00683-DLJ, based upon the same acts and transactions which are the subject of the instant Complaint for Forfeiture. That matter is pending before the Honorable D. Lowell Jensen.

The knowledge that Claimants Winslow Norton and Abraham Norton have concerning the facts underlying the Forfeiture Complaint, and their admission or denial of any of the allegations of the Complaint, could be deemed a waiver of their Fifth Amendment Privilege and could be used against them in the present criminal matter. Claimants therefore assert in answer to the Complaint their privilege against self-incrimination as guaranteed by the Fifth Amendment to the United States Constitution and request that such denial be deemed a specific denial of each and every allegation of the Complaint for Forfeiture. Claimants reserves the right to modify or supplement this Answer, with leave of Court as required, depending on further developments in the parallel criminal investigation and/or proceedings, or at a time Claimants choose voluntarily to waive their privilege against self-incrimination, or at a time when they are compelled to answer pursuant to court order.

Dated: December 14, 2007

Respectfully submitted,

______________________________
HAROLD ROSENTHAL

Attorney for Claimants
WINSLOW NORTON AND
ABRAHAM NORTON