| | |
|---|---|
| 1 | JOSEPH P. RUSSONEILLO (CSBN 44332)<br>United States Attorney |
| 2 | |
| 3 | BRIAN J. STRETCH (CSBN 163973)<br>Chief, Criminal Division |
| 4 | PATRICIA J. KENNEY (CSBN 130238)<br>Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102<br>Telephone: 415.436.6857 |
| 7 | Facsimile: 415.436.6748<br>E-mail: patricia.kenney@usdoj.gov |
| 8 | Attorneys for United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>    v.<br>REAL PROPERTY AND IMPROVEMENTS LOCATED AT 636 SAN PABLO AVENUE, ALBANY, CALIFORNIA,<br>    and<br>REAL PROPERTY AND IMPROVEMENTS LOCATED AT 3959 COWAN ROAD, LAFAYETTE, CALIFORNIA,<br>    Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | No. C 07-4432 MMC<br><br>CERTIFICATE OF SERVICE |

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she caused a copy of

1. Government Complaint for Forfeiture;

2. Notice of Forfeiture Action;

3. Notice of Pendency of Action (Recorded Lis Pendens)

4. Notice of Posting

5. Case Management Conference Order;

6. Notice of Availability of Magistrate Judge to Exercise Jurisdiction;

7. United States District Court's Local Rules and Guidelines;

8. ADR Dispute Resolution Procedures in the Northern District of California;

9. ECF Registration Information Handout; and

10. Stipulation and Order Staying the Instant Action

to be served this date via certified mail delivery upon the person(s) below at the place(s) and address(es) which is/are the last known address(es):

Countrywide Home Loans Inc.
4500 Park Granada
MSN # SVB-314
Calabasas, CA 91302-1613
Attn: Legal Department

Interbay Funding LLC
Bayview Loan Servicing, LLC
4425 Ponce De Leon Blvd., 5th Floor
Carl Gables, FL 33146
Attn: Legal Department

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this  17th  day of January, 2008, at San Francisco, California.

　　　　　　　　　　　　　　　　　　　　／S／
　　　　　　　　　　　　　　　　　　CAROLYN JUSAY
　　　　　　　　　　　　　　　　　　Legal Assistant
　　　　　　　　　　　　　　　　　　Asset Forfeiture Unit

Certificate of Service
C 07-4432 MMC                                    2