```
1    EDWARD G. SCHLOSS LAW CORPORATION
     EDWARD G. SCHLOSS CA BAR NO. 102858
2    3637 Motor Avenue, Suite 220
     Los Angeles, California 90034
3    (310) 733-4488
     C515/cm
4
5
     Attorney for Claimant/Secured Creditor
6    BAYVIEW LOAN SERVICING, LLC
7
8                    UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
10
11
     UNITED STATES OF AMERICA,        ) Case No. C 07-4432
12                                    )
                                      )
13              Plaintiff,            ) AMENDED
                                      ) PROOF OF SERVICE
14                                    )
                                      )
15   v.                               )
                                      )
16   REAL PROPERTY AND                )
     IMPROVEMENTS LOCATED AT 636      )
17   SAN PABLO AVENUE, ALBANY,        )
     CALIFORNIA, and                  )
18                                    )
     REAL PROPERTY AND                )
19   IMPROVEMENTS LOCATED AT          )
     3959 COWAN ROAD, LAFAYETTE,      )
20   CALIFORNIA,                      )
                                      )
21                                    )
                                      )
22              Defendants.           )
                                      )
23   _____)
24                         PROOF OF SERVICE
25        I, REYNALDO DEL PILAR, certify that:
26        I am over the age of 18 and not a party to the within action; my business
27   address is 3637 Motor Avenue, Suite 220, Los Angeles, California 90034.
28        On March 10, 2008, I served the within VERIFIED ANSWER BY
     CLAIMANT/SECURED CREDITOR TO PLAINTIFF'S COMPLAINT FOR
```

FORFEITURE on interested parties in this proceeding by placing a true and correct copy thereof enclosed in a sealed envelope with postage pre-paid in the United States Mail at Los Angeles, California addressed as follows:

PLAINTIFF'S COUNSEL:
PATRICIA J. KENNEY
ASSISTANT UNITED STATES ATTORNEY
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA  94102

      I declare that I am employed in the office of a member of the bar at whose direction the service was made.

      I certify under penalty of perjury that the foregoing is true and correct.

      Executed on March 20, 2008, at Los Angeles, California.

                              REYNALDO DEL PILAR

\\Schlossnew\sys\ROG\POS\TWOPAGEnorton.POS.wpd