JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

PATRICIA J. KENNEY (CSBN 130238)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6857
    Facsimile: (415) 436-6748
    Email: patricia.kenney@usdoj.gov

Attorneys for United States of America

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. C 07-4432 MMC |
| Plaintiff, | |
| v. | PROOF OF PUBLICATION |
| REAL PROPERTY AND IMPROVEMENTS LOCATED AT 636 SAN PABLO AVENUE, ALBANY, CALIFORNIA, | |
| and | |
| REAL PROPERTY AND IMPROVEMENTS LOCATED AT 3959 COWAN ROAD, LAFAYETTE, CALIFORNIA, | |
| Defendants. | |

The United States hereby submits the attached Proofs of Publication by Inter-City Express in Alameda County and Contra Costa Times.

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: January 23, 2008

*Patricia Kenney*
PATRICIA J. KENNEY
Assistant United States Attorney

# THE INTER-CITY EXPRESS
~ SINCE 1909 ~

1109 OAK STREET STE 103, OAKLAND, CA 94607-4866
Telephone (510) 272-4747 / Fax (510) 465-1657

This space for filing stamp only

JUAN SAAVEDRA
IRS-CRIMINAL INVESTIGATION
1301 CLAY STREET STE 1780S
OAKLAND, CA - 94612

OK #: 1239202

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**
UNITED STATES OF AMERICA
Plaintiff,
v.
REAL PROPERTY AND
IMPROVEMENTS LOCATED AT 636
SAN PABLO AVENUE, ALBANY,
CALIFORNIA,
and
REAL PROPERTY AND
IMPROVEMENTS LOCATED AT 3959
COWAN ROAD, LAFAYETTE,
CALIFORNIA,
Defendants

No. C07-4432
NOTICE OF FORFEITURE ACTION

# PROOF OF PUBLICATION

(2015.5 C.C.P.)

State of California      )
County of ALAMEDA  ) ss

Notice Type:   GSA - ALAMEDA CO SEIZURE NOTICE

Ad Description: UNITED STATES OF AMERICA VS REAL PROPERTY 636 SAN PABLO AVE, ALBANY AND 3959 COWAN ROAD, LAFAYETTE

I am a citizen of the United States; I am over the age of eighteen years, and not a party to or interested in the above-entitled matter. I am the principal clerk of the printer and publisher of the INTER-CITY EXPRESS, a newspaper published in the English language in the City of Oakland, County of Alameda, State of California.

I declare that the INTER-CITY EXPRESS is a newspaper of general circulation as defined by the laws of the State of California as determined by this Court's order, dated October 21, 1910, in the action entitled In the Matter of the Application of the INTER-CITY EXPRESS Publishing Company Establishing "THE INTER-CITY EXPRESS" To be a Newspaper of General Circulation, Case Number 33837, and as Amended November, 19, 1974. Said order, as amended, Orders that: "'The INTER-CITY EXPRESS' is a newspaper of general circulation, as defined in Section 6000 et seq. of the Government Code, for the City of Oakland, the County of Alameda, and The State of California." Said order as amended has not been revoked.

I declare that the notice, of which the annexed is a printed copy, has been published in each regular and entire issue of said newspaper and not in any supplement thereof on the following dates, to-wit:

12/05/2007, 12/12/2007, 12/19/2007

A civil complaint seeking forfeiture pursuant to 21 U.S.C. § 881(a)(6) and 18 U.S.C. § 985 was filed on August 27, 2007, in the United States District Court for the Northern District of California by the United States of America, plaintiff, against the in rem defendant real properties.
In order to contest forfeiture of the in rem defendant real properties, any person who asserts an interest in or right against the properties, must file a verified statement identifying the interest or right within 35 days after the date of service of the complaint in accordance with Rule G(5) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims or within 30 days after the date of final publication of the Notice of Forfeiture Action, whichever is earlier. Additionally, a claimant must serve and file an answer to the complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within 20 days after filing the claim.
An agent, bailee or attorney must state the authority to file a statement of interest or right against the property on behalf of another.
Statements of interest and answers should be filed with the Office of the Clerk, United States District Court for the Northern District of California, 450 Golden Gate Avenue, 16th Floor, San Francisco, California 94102, and copies should be served on Patricia J. Kenney, Assistant United States Attorney, 450 Golden Gate Avenue, 9th floor, San Francisco, California 94102.

Respectfully submitted,

SCOTT N SCHOOLS
United States Attorney

Dated: August 27, 2007
PATRICIA J. KENNEY
Assistant United States Attorney
12/5, 12/12, 12/19/07
OK-1239202#

Executed on: 12/19/2007
At Los Angeles, California

I certify (or declare) under penalty of perjury that the foregoing is true and correct.

*A00000377339*

## PROOF OF PUBLICATION
### (2015.5 C.C.P.)

STATE OF CALIFORNIA
County of Contra Costa

I am a citizen of the United States and a resident of the County aforesaid; I am over the age of eighteen years, and not a party to or interested in the above-entitled matter.

I am the Principal Legal Clerk of the Contra Costa Times, a newspaper of general circulation, printed and published at 2640 Shadelands Drive in the City of Walnut Creek, County of Contra Costa, 94598.

And which newspaper has been adjudged a newspaper of general circulation by the Superior Court of the County of Contra Costa, State of California, under the date of October 22, 1934. Case Number 19764.

The notice, of which the annexed is a printed copy (set in type not smaller than nonpareil), has been published in each regular and entire issue of said newspaper and not in any supplement thereof on the following dates, to-wit:

December 12, 19, 26,

all in the year of 2007

I certify (or declare) under penalty of perjury that the foregoing is true and correct.

Executed at Walnut Creek, California.
On this 31 day of December, 2007

..................................................................
Signature

Contra Costa Times
P O Box 4147
Walnut Creek, CA 94596
(925) 935-2525

Proof of Publication of:
(attached is a copy of the legal advertisement that published)

SCOTT N. SCHOOLS
(CSBN 9990)
United States Attorney

BRIAN J. STRETCH
(CSBN 163973)
Chief, Criminal Division

PATRICIA J. KENNEY
(CSBN 130238)
Assistant United States Attorney

450 Golden Gate Ave.
San Francisco, Ca. 94102
Ph. 415-436-6857
Fax 415-436-6748
Email:
patricia.kenney@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

NO. C07-4432
NOTICE OF FORFEITURE ACTION

UNITED STATES OF AMERICA
Plaintiff,
v.
REAL PROPERTY AND IMPROVEMENTS LOCATED AT 636 SAN PABLO AVENUE, ALBANY, CALIFORNIA,

and

REAL PROPERTY AND IMPROVEMENTS LOCATED AT 3959 COWAN ROAD, LAFAYETTE, CALIFORNIA,

Defendants.

A civil complaint seeking forfeiture pursuant to 21 U.S.C. § 881(a)(6) and 18 U.S.C. § 985 was filed on August 27, 2007, in the United States District Court for the Northern District of California by the United States of America, plaintiff, against the in rem defendant real properties.

In order to contest forfeiture of the in rem defendant real properties, any person who asserts an interest in or right against the properties, must file a verified statement identifying the interest or right within 35 days after the date of service of the complaint in accordance with Rule G(5) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims or within 30 days after the date of final publication of the Notice of Forfeiture Action, whichever is earlier. Additionally, a claimant must serve and file an answer to the complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within 20 days after filing the claim.

An agent, bailee or attorney must state the authority to file a statement of interest or right against the property on behalf of another.

Statements of interest and answers should be filed with the Office of the Clerk, United States District Court for the Northern District of California, 450 Golden Gate Avenue, 16th Floor, San Francisco, California 94102, and copies should be served on Patricia J. Kenney, Assistant United States Attor-

ney, 450 Golden Gate Avenue, 9th floor, San Francisco, California 94102.

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

Dated: August 27, 2007

PATRICIA J. KENNEY
Assistant United States
Attorney

Legal CCT 2611510
Publish December 12, 19, 26, 2007