1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH (CSBN 163973)
   Chief, Criminal Division
4  PATRICIA J. KENNEY (CSBN 130238)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, CA 94102
       Telephone: 415.436.6857
7      Facsimile:  415.436.6748
       Email: patricia.kenney@usdoj.gov
8
   Attorneys for the United States of America
9

10                    UNITED STATES DISTRICT COURT
11                   NORTHERN DISTRICT OF CALIFORNIA
12                       SAN FRANCISCO DIVISION
13

14 | UNITED STATES OF AMERICA,           )   No. 07-4432 MMC
15 |                  Plaintiff,          )
16 |         v.                           )
   |                                      )   JOINT STATUS REPORT
17 | REAL PROPERTY AND IMPROVEMENTS       )
   | LOCATED AT 636 SAN PABLO AVENUE,     )
18 | ALBANY, CALIFORNIA,                  )
19 |                AND                   )
   |                                      )
20 | REAL PROPERTY AND IMPROVEMENTS       )
   | LOCATED AT 3959 COWAN ROAD,          )
21 | LAFAYETTE, CALIFORNIA                )
   |                                      )
22 |                  Defendants.         )
23 |                                      )
   | WINSLOW NORTON, ABRAHAM NORTON       )
24 | AND BAYVIEW LOAN SERVICING LLC,      )
   |                                      )
25 |                  Claimants.          )
                                          )

1  Based on a stipulated order, the instant case was stayed on December 10, 2007. The
2  reason for the stay is that claimants are criminal defendants in *United States v. Winslow Norton*
3  *and Abraham Norton*, CR 07-0683 DLJ. 21 U.S.C. § 881(i); *see also* 18 U.S.C. § 981(g).
4  The United States and claimants Winslow Norton and Abraham Norton agree that this
5  case should remain stayed because criminal case in which claimants are defendants is still
6  ongoing. Claimant Bayview Loan Servicing notes that claimants Winslow Norton and Abraham
7  Norton stopped making mortgage payments on defendant 636 San Pablo Road some months ago,
8  and is commencing foreclosure proceedings. The parties are currently discussing whether they
9  can agree to an interlocutory sale of defendant 636 San Pablo Road, paying off the mortgage with
10 the net proceeds and substituting the remaining net proceeds from the sale (less the usual and
11 customary costs of sale) in the appropriate United States Marshals Service account until further
12 order of the Court.

13                                               JOSEPH P. RUSSONIELLO
14                                               United States Attorney
15 Dated: June 18, 2008
                                                 /s/ Patricia J. Kenney
16                                               PATRICIA J. KENNEY
                                                 Assistant United States Attorney
17

18 Dated: June 18, 2008
                                                 /s/ H. Rosenthal
19                                               HAROLD ROSENTHAL
                                                 Attorney for Claimants Winslow
20                                               Norton and Abraham Norton

21 Dated: June ___, 2008

22                                               _____
                                                 EDWARD G. SCHLOSS
23                                               Attorney for Claimant
                                                 Bayview Loan Servicing LLC
24
25
26
27
28

Joint Status Report
No. 07-4432 MMC                          2

1     Based on a stipulated order, the instant case was stayed on December 10, 2007. The reason for the stay is that claimants are criminal defendants in *United States v. Winslow Norton and Abraham Norton*, CR 07-0683 DLJ. 21 U.S.C. § 881(i); *see also* 18 U.S.C. § 981(g).

    The United States and claimants Winslow Norton and Abraham Norton agree that this case should remain stayed because criminal case in which claimants are defendants is still ongoing. Claimant Bayview Loan Servicing notes that claimants Winslow Norton and Abraham Norton stopped making mortgage payments on defendant 636 San Pablo Road some months ago, and is commencing foreclosure proceedings. The parties are currently discussing whether they can agree to an interlocutory sale of defendant 636 San Pablo Road, paying off the mortgage with the net proceeds and substituting the remaining net proceeds from the sale (less the usual and customary costs of sale) in the appropriate United States Marshals Service account until further order of the Court.

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: June ____, 2008

_____
PATRICIA J. KENNEY
Assistant United States Attorney

Dated: June ____, 2008

_____
HAROLD ROSENTHAL
Attorney for Claimants Winslow
Norton and Abraham Norton

Dated: June /7, 2008

*[signature]*
EDWARD G. SCHLOSS
Attorney for Claimant
Bayview Loan Servicing LLC

Joint Status Report
No. 07-4432 MMC

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she caused a copy of

- JOINT STATUS REPORT
- 

to be served this date via electronic mail delivery upon the person(s) below at the place(s) and address(es) which is/are the last known address(es):

Harold J. Rosenthal
803 Hearst Avenue
Berkeley, CA 94710
paul@haroldrosenthal.com
Attorney for Winslow Norton in criminal case

Edward George Schloss, Esq.
3637 Motor Avenue, Suite 220
Los Angeles, CA 90034
Attorney for Bayview Loan Servicing LLC
Email: egs2@ix.netcom.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 18th day of June, 2008, at San Francisco, California.

ALICIA CHIN
Paralegal/ Asset Forfeiture Unit