1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH (CSBN 163973)
   Chief, Criminal Division
4  PATRICIA J. KENNEY (CSBN 130238)
   Assistant United States Attorney
5
      450 Golden Gate Avenue, Box 36055
6     San Francisco, CA 94102
      Telephone: 415.436.6857
7     Facsimile:  415.436.6748
      Email: patricia.kenney@usdoj.gov
8
9  Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 07-4432 MMC |
| Plaintiff, ) | |
| v. ) | JOINT STATUS REPORT |
| REAL PROPERTY AND IMPROVEMENTS ) LOCATED AT 636 SAN PABLO AVENUE, ) ALBANY, CALIFORNIA, ) | AND ORDER THEREON |
| AND ) | |
| REAL PROPERTY AND IMPROVEMENTS ) LOCATED AT 3959 COWAN ROAD, ) LAFAYETTE, CALIFORNIA ) | |
| Defendants. ) | |
| WINSLOW NORTON, ABRAHAM NORTON ) AND BAYVIEW LOAN SERVICING LLC, ) | |
| Claimants. ) | |

1   Based on a stipulated order, the instant case was stayed on December 10, 2007. The
2   reason for the stay is that claimants are criminal defendants in *United States v. Winslow Norton*
3   *and Abraham Norton*, CR 07-0683 DLJ. 21 U.S.C. § 881(i); *see also* 18 U.S.C. § 981(g).
4   The United States and claimants Winslow Norton and Abraham Norton agree that this
5   case should remain stayed because criminal case in which claimants are defendants is still
6   ongoing. Claimant Bayview Loan Servicing notes that claimants Winslow Norton and Abraham
7   Norton stopped making mortgage payments on defendant 636 San Pablo Road some months ago,
8   and is commencing foreclosure proceedings. The parties are currently discussing whether they
9   can agree to an interlocutory sale of defendant 636 San Pablo Road, paying off the mortgage with
10  the net proceeds and substituting the remaining net proceeds from the sale (less the usual and
11  customary costs of sale) in the appropriate United States Marshals Service account until further
12  order of the Court.

13
14                                              JOSEPH P. RUSSONIELLO
                                                United States Attorney
15  Dated: June 18, 2008
                                                /s/ Patricia J. Kenney
16                                              PATRICIA J. KENNEY
                                                Assistant United States Attorney
17

18  Dated: June 18, 2008                        /s/ H. Rosenthal
                                                HAROLD ROSENTHAL
19                                              Attorney for Claimants Winslow
                                                Norton and Abraham Norton
20

21  Dated: June 17, 2008                        /s/
                                                EDWARD G. SCHLOSS
22                                              Attorney for Claimant
                                                Bayview Loan Servicing LLC
23

24                                    **ORDER**

25
    Good cause appearing, the parties' joint request that the above-titled action remain stayed
26  is hereby GRANTED. The parties shall file, no later than December 19, 2008, a Joint Status
    Report.
27

28  DATED: June 24, 2008
                                                /s/ Maxine M. Chesney
                                                United States District Judge

Joint Status Report
No. 07-4432 MMC                                 2