IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>  v.<br><br>REAL PROPERTY AND IMPROVEMENTS LOCATED AT 636 SAN PABLO AVENUE, ALBANY, CALIFORNIA, et al.,<br><br>    Defendants<br>                                        / | No. C-07-4432 MMC<br><br>**ORDER CONTINUING STAY; DIRECTING PARTIES TO FILE JOINT STATUS REPORT** |

       Before the Court is the Status Report, filed December 19, 2008 by plaintiff United States and claimants Winslow Norton and Abraham Norton.

       Having read and considered the Status Report, the Court finds good cause exists to continue the stay of the above-titled action in light of the ongoing proceedings in <u>United States v. Winslow Norton and Abraham Norton</u>, CR 07-0683 DLJ.

       The parties are hereby DIRECTED to file, no later than June 20, 2009, a Joint Status Report.

       **IT IS SO ORDERED.**

Dated: December 23, 2008

                                                         MAXINE M. CHESNEY<br>                                                         United States District Judge