JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

PATRICIA J. KENNEY (CSBN 130238)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, CA 94102
   Telephone: 415.436.6857
   Facsimile:  415.436.6748
   Email: patricia.kenney@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>REAL PROPERTY AND IMPROVEMENTS LOCATED AT 636 SAN PABLO AVENUE, ALBANY, CALIFORNIA, AND REAL PROPERTY AND IMPROVEMENTS LOCATED AT 3959 COWAN ROAD, LAFAYETTE, CALIFORNIA,<br><br>                Defendants.<br><br>WINSLOW NORTON, ABRAHAM NORTON AND BAYVIEW LOAN SERVICING LLC,<br><br>                Claimants. | No. 07-4432 MMC<br><br>STIPULATION AND ORDER DISMISSING DEFENDANT 3959 COWAN ROAD, LAFAYETTE, CALIFORNIA PURSUANT TO RULE 41(a)(2) |

       United States of America is plaintiff. Defendants are Real Property and Improvements Located at 3959 Cowan Road, Lafayette, California ("defendant 3959 Cowan Road") and Real Property and Improvements located at 636 San Pablo Avenue, Albany California ("defendant 636

1  San Pablo Avenue"). Claimants Winslow Norton and Abraham Norton filed a claim and an
2  answer as to both defendants in order to appear in this action. Bayview Loan Servicing LLC
3  filed a claim and an answer only in connection with defendant 636 San Pablo Avenue.
4    This stipulation of dismissal pertains only to defendant 3959 Cowan Road. Counsel for
5  the United States and counsel for Abraham Norton and Winslow Norton, Harold Rosenthal,
6  agree, subject to the Court's approval, that this action be and hereby is DISMISSED as against
7  defendant 3959 Cowan Road pursuant to Rule 41(a)(2), Federal Rules of Civil Procedure, with
8  each party is to bear his or its own attorneys' fees and costs.

10 IT IS SO STIPULATED:                    LAW OFFICES OF HAROLD ROSENTHAL

11 Dated: December /9, 2008
12                                          By: HAROLD ROSENTHAL
                                                Attorneys for claimants Winslow Norton
13                                              and Abraham Norton

15                                          JOSEPH P. RUSSONIELLO
                                            United States Attorney

16 Dated: December 22, 2008                 By:
17                                              PATRICIA J. KENNEY
                                                Assistant United States Attorney
18                                              Attorneys for the United States

20    UPON CONSIDERATION OF THE FOREGOING, IT IS BY THE COURT ON THIS
21 __24th__ DAY OF __December__, 200_8_, ORDERED THAT THE CASE BE, AND HEREBY IS,
22 DISMISSED AGAINST DEFENDANT 3959 COWAN ROAD, LAFAYETTE, CALIFORNIA,
23 PURSUANT TO RULE 41(a)(2), FEDERAL RULES OF CIVIL PROCEDURE, WITH EACH
24 PART TO BEAR HIS OR ITS OWN ATTORNEYS' FEES AND COSTS.

26                                          HONORABLE MAXINE M. CHESNEY
                                            United States District Judge

28 Stip & Order of Dismissal of
   Defendant 3959 Cowan Road
   No. 07-4432 MMC                          2