1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CSBN 163973)
3  Chief, Criminal Division

4  PATRICIA J. KENNEY (CSBN 130238)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, CA 94102
       Telephone: 415.436.6857
7      Facsimile:  415.436.6748
       Email: patricia.kenney@usdoj.gov
8
   Attorneys for the United States of America
9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                       SAN FRANCISCO DIVISION
12

13 | UNITED STATES OF AMERICA,            )   No. 07-4432 MMC
                                          )
14 |            Plaintiff,                )
                                          )
15 |       v.                             )
                                          )   STIPULATION AND ORDER DISMISSING
16 | REAL PROPERTY AND IMPROVEMENTS       )   DEFENDANT 636 SAN PABLO
   | LOCATED AT 636 SAN PABLO AVENUE,     )   AVENUE, ALBANY, CALIFORNIA
17 | ALBANY, CALIFORNIA,                  )   PURSUANT TO RULE 41(a)(2)
                                          )
18 |            Defendant.                )
                                          )
19 |_____ )
                                          )
   | WINSLOW NORTON, ABRAHAM              )
20 | NORTON AND BAYVIEW LOAN              )
   | SERVICING LLC,                       )
21                                        )
   |            Claimants.                )
22 |_____ )

23

24

25         United States of America is plaintiff. The remaining defendant is Real Property and

26 Improvements located at 636 San Pablo Avenue, Albany California ("defendant 636

27 San Pablo Avenue"). Claimants Winslow Norton and Abraham Norton filed a claim and an

28 answer as to defendant 636 San Pablo Avenue. Bayview Loan Servicing LLC also filed a claim

and an answer in connection with defendant 636 San Pablo Avenue. The parties previously dismissed defendant Real Property and Improvements Located at 3959 Cowan Road, Lafayette, California. *See* Stipulation and Order, filed December 24, 2008.

Counsel for the United States and counsel for Abraham Norton and Winslow Norton, Harold Rosenthal, agree, subject to the Court's approval, that this action be and hereby is DISMISSED as against defendant 636 San Pablo Road pursuant to Rule 41(a)(2), Federal Rules of Civil Procedure, with each party is to bear his or its own attorneys' fees and costs.

IT IS SO STIPULATED:                              LAW OFFICES OF HAROLD ROSENTHAL

Dated: May ___, 2009
                                      By:       _____
                                                HAROLD ROSENTHAL
                                                Attorneys for claimants Winslow Norton
                                                and Abraham Norton

Dated: May ___, 2009
                                      By:       _____
                                                EDWARD G. SCHLOSS
                                                Attorney for Bayview Loan Servicing LLC

                                                JOSEPH P. RUSSONIELLO
                                                United States Attorney

Dated: May 27, 2009               By:       /s/ Patricia J. Kenney
                                                PATRICIA J. KENNEY
                                                Assistant United States Attorney
                                                Attorneys for the United States

UPON CONSIDERATION OF THE FOREGOING, IT IS BY THE COURT ON THIS _____ DAY OF _____, 200__, ORDERED THAT THE CASE BE, AND HEREBY IS, DISMISSED AGAINST DEFENDANT 636 SAN PABLO AVENUE, ALBANY, CALIFORNIA, PURSUANT TO RULE 41(a)(2), FEDERAL RULES OF CIVIL PROCEDURE, WITH EACH PART TO BEAR HIS OR ITS OWN ATTORNEYS' FEES AND COSTS; AND IT IS FURTHER ORDERED THAT THE CASE BE, AND HEREBY IS, DISMISSED.

                                                _____
                                                HONORABLE MAXINE M. CHESNEY
                                                United States District Judge

Stip & Order of Dismissal of
Defendant 636 San Pablo Avenue
No. 07-4432 MMC                           2

1  and an answer in connection with defendant 636 San Pablo Avenue. The parties previously
2  dismissed defendant Real Property and Improvements Located at 3959 Cowan Road, Lafayette,
3  California. *See* Stipulation and Order, filed December 24, 2008.
4      Counsel for the United States and counsel for Abraham Norton and Winslow Norton,
5  Harold Rosenthal, agree, subject to the Court's approval, that this action be and hereby is
6  DISMISSED as against defendant 636 San Pablo Road pursuant to Rule 41(a)(2), Federal Rules
7  of Civil Procedure, with each party is to bear his or its own attorneys' fees and costs.
8
9  IT IS SO STIPULATED:      LAW OFFICES OF HAROLD ROSENTHAL
10 Dated: May 12, 2009
11     By: HAROLD ROSENTHAL
        Attorneys for claimants Winslow Norton
        and Abraham Norton
12
13 Dated: May 27, 2009
    By: EDWARD G. SCHLOSS
        Attorney for Bayview Loan Servicing LLC
14
    JOSEPH P. RUSSONIELLO
15     United States Attorney
16 Dated: May ___, 2009     By:
17     PATRICIA J. KENNEY
    Assistant United States Attorney
    Attorneys for the United States
18
    UPON CONSIDERATION OF THE FOREGOING, IT IS BY THE COURT ON THIS
19 22nd DAY OF June, 2009, ORDERED THAT THE CASE BE, AND HEREBY IS,
20 DISMISSED AGAINST DEFENDANT 636 SAN PABLO AVENUE, ALBANY,
21 CALIFORNIA, PURSUANT TO RULE 41(a)(2), FEDERAL RULES OF CIVIL PROCEDURE,
22 WITH EACH PART TO BEAR HIS OR ITS OWN ATTORNEYS' FEES AND COSTS; AND
23 IT IS FURTHER ORDERED THAT THE CASE BE, AND HEREBY IS, DISMISSED.
24
25     HONORABLE MAXINE M. CHESNEY
26     United States District Judge
27
28
Stip & Order of Dismissal of
Defendant 636 San Pablo Avenue
No. 07-4432 MMC      2